# First District Court of Appeal
## State of Florida

_____

No. 1D2023-1448
_____

JUSTIN W. PARKER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Suwannee County.
David W. Fina, Judge.

May 3, 2024

PER CURIAM.

AFFIRMED.

KELSEY, WINOKUR, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Justin W. Parker, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.